**Order filed January 8, 2015, Withdrawn, Appeal Reinstated and Order filed January 13, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00375-CR
_____

**FRANK JAMES DISTEFANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1402036**

---

## ORDER

On January 8, 2015, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for failure to file the reporter's record. The reporter filed her portion of the record on January 9, 2015. Accordingly, our order of January 8, 2015, is withdrawn. The appeal is reinstated. Appellant's brief is due thirty days from the date of this order.

PER CURIAM